## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INVENTION SUBMISSION CORPORATION, d/b/a INVENTHELP and ROBERT J. SUSA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> TAYLOR MACK ENTERPRISES, INC. and ZULAN BERRY, an individual. <br><br> Defendants. | No. 2:21-cv-15 <br><br><br><br> **JURY TRIAL DEMANDED** |

## ORDER

The Court, having read and considered Plaintiffs' Motion for Leave of Court to File the Complaint, Exhibit B to the Complaint, and Brief in Support of Motion for Preliminary Injunction under seal, **HEREBY ORDERS** that Plaintiffs' Motion for Leave of Court to File Under Seal is **GRANTED.** Plaintiffs may file the Complaint and Brief in redacted form and the entirety of Exhibit B under seal.

**Dated: _____, 20____**

_____
**United States District Judge**